

**NUMBER 13-20-00132-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MICHAEL ALLEN TREVINO,**                                                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                              **Appellee.**

---

**On appeal from the 23rd District Court
of Matagorda County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

This cause is before the Court on appellant Michael Allen Trevino's request that this Court remand this cause to the trial court for findings of facts and conclusions of law. The clerk's record in this cause was filed on July 15, 2020. According to appellant, the trial court denied appellant's motion to suppress; however, findings of fact and conclusions of law do not appear in the appellate record.

Article 38.22, § 6, of the Texas Code of Criminal Procedure requires a trial court to "enter an order stating its conclusion as to whether or not the statement was voluntarily made, along with the specific finding of facts upon which the conclusion was based." TEX. CODE CRIM. PRO. ANN. art. 38.22, § 6; *Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013); *Urias v. State*, 155 S.W.3d 141 (Tex. Crim. App. 2004). This requirement is mandatory whether or not a defendant objects to the absence of the findings. *Urias*, 155 S.W.3d at 142; *Wiker v. State*, 740 S.W.2d 779, 783 (Tex. Crim. App. 1987). Accordingly, the intermediate appellate court must exercise its authority under Rule 44.4 of the Texas Rules of Appellate Procedure and remand the case to the trial court and order the trial court to enter findings of fact and conclusions of law. TEX. R. APP. PROC. 44.4; *see Vasquez*, 411 S.W.3d at 920.

The Court, having reviewed the record, appellant's brief, wherein this request is made, and appellee's brief, wherein appellant's request is not contested, is of the opinion that appellant's motion should be granted. Accordingly, we GRANT appellant's motion and abate the present appeal. *See* TEX. R. APP. P. 44.4. This appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court is instructed to make and file findings of fact and conclusions of law. A supplemental record containing these findings of fact and conclusions of law should be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. The trial court should also clarify its ruling on the motion to suppress and have the court reporter produce the trial court's ruling to be included as a supplemental reporter's record.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P.47.2(b).

Delivered and filed on the
13th day of January, 2021.